UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| DAVID ALLEN BLACK, | ) | Civil Action No.: 4:17-cv-3265-TMC-TER |
|---|---|---|
| Plaintiff, | ) | |
| -vs- | ) | **ORDER** |
| JOHN F. MARANO, IV, | ) | |
| Defendant. | ) | |

Plaintiff filed this action pursuant to 42 U.S.C. § 1983, alleging that Defendant was deliberately indifferent to his medical needs. One piece of mail sent to Plaintiff and returned to the court as undeliverable includes a hand-written notation stating "deceased." See ECF No. 25. In addition, affidavits attached to Defendant's Motion for Summary Judgment (ECF No. 29) indicate that Plaintiff is deceased.

Defendant has ten (10) days from the date of this order to file a Suggestion of Death with the Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. Defendant must also file a certificate of service showing that the Suggestion of Death has been served upon the non-party representative of the deceased pursuant to the Rules.

**IT IS SO ORDERED**.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

August 14, 2018
Florence, South Carolina